UNITED STATES of America, Plaintiff–Appellee,

v.

Rahman JOHNSON, Defendant–Appellant.

Nos. 13–30192, 13–30193.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2014.*

Filed Aug. 18, 2014.

Helen J. Brunner, Esquire, Assistant U.S., Vincent Thomas Lombardi, II, Esquire, Assistant U.S., J. Tate London, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Rahman Johnson, pro se.

Jason Brett Saunders, Law Offices of Gordon & Saunders, PLLC, Seattle, WA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Rahman Johnson appeals from the district court's judgments and challenges his guilty-plea conviction and 24–month sentence for conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and his guilty-plea

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

conviction and consecutive 72–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 3147(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Johnson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Johnson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.